UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MOORE,<br><br>　　　　Petitioner<br><br>　　v.<br><br>W.L. MONTGOMERY,<br><br>　　　　Respondent. | Case No. CV 14-5432-FMO (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition ("Petition") and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report.  The Court has conducted a de novo review of those matters to which objections have been stated.

　　Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATE: May 27, 2016　　　　　_____/s/_____
　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE