UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MOORE,<br>　　　　Petitioner<br>　　v.<br>W.L. MONTGOMERY,<br>　　　　Respondent. | Case No. CV 14-5432-FMO (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: May 27, 2016　　　　　　　　＿＿＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE